The People of the State of New York, Respondent, *v.* Walter Stein and Herman Stein, Appellants, et al., Defendants.

Argued October 23, 1952; decided November 25, 1952.

*Edward H. Levine, Isaac Putterman* and *Vernon C. Rossner* for appellants.

*Frank S. Hogan, District Attorney* (*Charles W. Manning* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 305 N. Y. 566.]

FLORENCE MITCHELL et al., Appellants, *v.* ADAM HAT STORES, INC., Respondent, et al., Defendants.

Argued October 22, 1952; decided November 25, 1952.